IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LUIS NATER,

    Plaintiff,

v.                      CASE NO.: 1:09cv163-SPM/AK

TRANSUNION, L.L.C., et al.,

    Defendants.
_____/

**<u>ORDER DISMISSING DEFENDANT TRANS UNION L.L.C.</u>**

This cause comes before the Court on Plaintiff's notice of voluntary dismissal without prejudice of his claims against Defendant Trans Union L.L.C. Upon consideration, it is

ORDERED AND ADJUDGED:

Plaintiff's claims against Defendant Trans Union L.L.C. are dismissed without prejudice.

DONE AND ORDERED this 24th day of August, 2009.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                Chief United States District Judge