IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LUIS NATER,

    Plaintiff,

v.                                            CASE NO.: 1:09cv163-SPM/AK

EQUIFAX INFORMATION
SERVICES, LLC., et al.,

    Defendants.

_____/

## ORDER DISMISSING DEFENDANT EQUIFAX

This cause comes before the Court on Plaintiff's notice of voluntary dismissal with prejudice of his claims against Defendant Equifax Information Services, LLC. Upon consideration, it is

ORDERED AND ADJUDGED:

Plaintiff's claims against Defendant Equifax Information Services, LLC, are dismissed with prejudice.

DONE AND ORDERED this 16th day of September, 2009.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Chief United States District Judge