IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LUIS NATER,

       Plaintiff,

v.                                         CASE NO.: 1:09cv163-SPM/AK

LANE BRYANT, WFNNB/RMS,
WFNNB/WOMW, et al.,

       Defendants.
_____/

## ORDER DISMISSING DEFENDANTS

      This cause comes before the Court on Plaintiff's notice of voluntary dismissal with prejudice of his claims against Defendants Lane Bryant, Wfnnb/Rms, and Wfnnb/Womw .  Upon consideration, it is

      ORDERED AND ADJUDGED:

      Plaintiff's claims against Defendants Lane Bryant, Wfnnb/Rms, and Wfnnb/Womw are dismissed with prejudice.

      DONE AND ORDERED this 23rd day of October, 2009.

                     *s/ Stephan P. Mickle*
                     Stephan P. Mickle
                     Chief United States District Judge