IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LUIS NATER,

    Plaintiff,

v.                          CASE NO.: 1:09cv163-SPM/AK

EXPERIAN INFORMATION
SOLUTIONS, LLC., et al.,

    Defendants.

_____/

## ORDER DISMISSING DEFENDANT EXPERIAN

This cause comes before the Court on Plaintiff's notice of voluntary dismissal with prejudice of his claims against Defendant Experian Information Solutions, LLC. Upon consideration, it is

ORDERED AND ADJUDGED:

Plaintiff's claims against Defendant Experian Information Solutions, LLC, are dismissed with prejudice.

DONE AND ORDERED this 26th day of October, 2009.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                Chief United States District Judge